UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ESER DENIZCILIK VE TICARET LTD,

        Plaintiff,

- against -

ATLAS SHIPPING A/S,

        Defendant.
------------------------------------------------------X

07 CV _____
ECF CASE

RECEIVED
JUN 1 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 14, 2007
       New York, NY

        The Plaintiff,
        ESER DENIZCILIK VE TICARET LTD,

        By: _____
        Claurisse Campanale-Orozco (CC 3581)
        Thomas L. Tisdale (TT 5263)
        TISDALE LAW OFFICES, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 – phone
        (212) 869-0067 – fax
        corozco@tisdale-law.com
        ttisdale@tisdale-law.com