**JUDGE KARAS**

07 CV 5723

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ESER DENIZCILIK VE TICARET LTD,    :

           Plaintiff,    :

    - against -    :

ATLAS SHIPPING A/S,    :

           Defendant.    :
-------------------------------------------------------X

07 CV _____
ECF CASE

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                        )    ss: SOUTHPORT
County of Fairfield    )

Claurisse Campanale Orozco, being duly sworn, deposes and says:

1.  I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2.  I have attempted to locate the Defendant, ATLAS SHIPPING A/S, within this District. As part of my investigation to locate the Defendant within this District, I checked the telephone company information directory all area codes within the District, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for the Defendant. I also checked the New York State Department of Corporations' online database which showed no listing or registration for the Defendant. I was also unable to find any information to indicate that the Defendant has a general or managing agent within the District.

3. I submit that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District.

5. This is Plaintiff's first request for this relief made to any Court.

Dated: June 14, 2007
       Southport, CT

_Claurisse Campanale-Orozco_
Claurisse Campanale-Orozco

Sworn and subscribed to before me
this 14th day of June 2007.

_Dawn C. Kubie_
Notary Public